THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROLAND CHESTER PITTS, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent.— In a habeas corpus proceeding, relator appeals from an order of the Supreme Court, Dutchess County, dated March 23, 1962, which dismissed the writ, without a hearing, and remanded him to the custody of respondent. Order affirmed. No opinion. Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.

RAYMOND C. QUACKENBUSH et al., Appellants, v. CHARLES FISCHER et al., Respondents; WARWICK SAVINGS BANK, Impleaded Defendant.— In an action between adjoining landowners, brought pursuant to article 15 of the Real Property Law, to determine their rights with respect to a permanent easement in a common driveway and " turning circle " affording access to the garages located to the rear of their respective dwellings, the plaintiffs appeal from so much of a judgment of the Supreme Court, Orange County, rendered February 8, 1962 upon the court's decision after a nonjury trial, as (by its third decretal paragraph) adjudged that said driveway and circle, as they "now physically exist, are approximately the same as when title passed to the parties hereto." Judgment, insofar as appealed from, affirmed, with costs. No opinion. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

EMMA C. RUCK, Appellant, v. JOSEPH BRASSER, Defendant, and JOHN H. DIERKS, Respondent.— In a negligence action to recover damages for personal injury, plaintiff appeals: (a) from so much of a judgment of the Supreme Court, Queens County, entered April 7, 1961 after trial, upon a jury's verdict, as is in favor of defendant Dierks, dismissing the complaint as to him; (b) from an order of said court, dated March 1, 1961, which denied plaintiff's motions, made at the trial, to set aside the jury's verdict as to said defendant and for a directed verdict in her favor against him; and (c) from an order of said court, dated May 25, 1962, which sustained said defendant's proposed amendments to plaintiff's proposed record on appeal and which settled said record accordingly. Judgment, insofar as appealed from, affirmed, with costs. Orders affirmed, without costs. No opinion. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.